MINUTE ENTRY
WILKINSON, M.J.
MARCH 15, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NO. **00-218**

DORIAN FRANCIS                               SECTION "F"

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  X / DEFENDANT WITH/(WITHOUT) COUNSEL _____
              X / ASST. U. S. ATTORNEY  JOHN MURPHY
              X / PROBATION OFFICER  CORNELL J. MANUEL
              __ / INTERPRETER,_____, SWORN (TIME: ___.M. TO ___.M.)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF PETITION/RULE TO REVOKE: (READ) SUMMARIZED  WAIVED

__ / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__ / BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__ / DEFENDANT RELEASED ON BOND
__ / DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
   March 24, 2006 at 10:00 a.m.
X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
   March 17, 2006 at 10:00 a.m.
X / **RULE TO REVOKE SUPERVISED RELEASE IS SET MAY 3, 2006 AT 2:00 P.M.**
    **BEFORE UNITED STATES DISTRICT JUDGE MARTIN L.C. FELDMAN**

MJSTAR: :09