MINUTE ENTRY
MARCH 17, 2006
WILKINSON, M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-218 |
| DORIAN FRANCIS | SECTION: F |

**DETENTION HEARING**

PRESENT:   X/DEFENDANT

   X/COUNSEL FOR THE DEFENDANT  CJA: Vincent Miceli
   330 Belle Terre Blvd. Suite 205, LaPlace La 70068

   X/ASST. U.S. ATTORNEY   JOHN MURPHY - Matthew Conan for

   _/INTERPRETER _____
   (Interpreter designated by the Court and sworn. Time _____ M. to _____ M.)

   _/GOVERNMENT WITNESS(ES) _____

   _____

   _/DEFENSE WITNESS(ES) _____

   _____

MJSTAR:  :03

___ Fee _____
___ Process _____
X / Dktd _____
✓ CtRmDep _____
___ Doc. No. _____

<u>DORIAN FRANCIS</u>                           <u>00-218F</u>
DEFENDANT                                             CASE NO.

**THE COURT ORDERS AFTER HEARING TESTIMONY PRESENTED IN THE ABOVE CAPTIONED MATTER:**

___/ DEFENDANT IS ENTITLED TO RELEASE. BOND SET AT

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

_____

_____

___/ DEFENDANT EXECUTED THE BOND AND WAS RELEASED.

___/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL UNTIL BOND IS PERFECTED.

X/ DEFENDANT IS NOT ENTITLED TO RELEASE.

X/ DEFENDANT IS ORDERED DETAINED AND REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.

X/ WRITTEN FINDINGS AND STATEMENT OF REASONS ORDERING DETENTION FILED.

___/ IT IS STIPULATED THAT IF THE AGENT WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN THE COMPLAINT/AFFIDAVIT.

___/ IT IS STIPULATED THAT IF THE PRETRIAL SERVICES/PROBATION OFFICER WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN HIS/HER REPORT.

X/ THE DEFENDANT WAIVED/(STIPULATED) TO DETENTION RESERVING HIS/HER RIGHT TO REOPEN

___/ OTHER: _____

_____