

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 16 PM 3: 52

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 00-218** |
| v. | * | **SECTION: "F"** |
| **DORIAN FRANCIS** | * | |

\* \* \*

### RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, appearing by and through the undersigned Assistant United States Attorney, and respectfully represents:

I.

On March 21, 2001, defendant, DORIAN FRANCIS was sentenced for violating Title 21, United States Code, Sections 846 and 843(b), by the Honorable Martin L. C. Feldman.

II.

Defendant has violated the terms of his supervised release in the manner set forth in the Report on Offender Under Supervision attached hereto as Exhibit "A" and made part hereof by reference.

**WHEREFORE**, the Government prays that the defendant, DORIAN FRANCIS, be brought before this Court and a copy of this Rule be served upon him, and that he be ordered to show

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No_____

**WHEREFORE**, the Government prays that the defendant, DORIAN FRANCIS, be brought before this Court and a copy of this Rule be served upon him, and that he be ordered to show cause before United States District Court Judge Martin L. C. Feldman, at the United States District Court, 500 Poydras Street, Room C551, New Orleans, Louisiana, why his supervised release should not be revoked.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

/s/ John F. Murphy

JOHN F. MURPHY
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B210
New Orleans, Louisiana 70130
Telephone: (504) 680-3126

**CERTIFICATE OF SERVICE**
I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this 16 day of MARCH, 2006.

Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** DORIAN FRANCIS        **Case Number:** 053L 2:00CR00218-009F

**Name of Sentencing Judicial Officer:** Honorable Martin L. C. Feldman

**Offense:** Count 1: 18 USC 3558(f) - Conspiracy to possess with intent to distribute cocaine base; Count 10: 21 USC 843(b) - Use of a communication facility in furtherance of a drug trafficking offense

**Date of Sentence:** March 21, 2001

**Sentence:** Seventy months in the custody of the Bureau of Prisons as to Count 1, and forty-eight months as to Count 10, to run concurrently. A five year term of supervised release was ordered as to Count 1 and a one year term to Count 10, said terms to run concurrently. A $200.00 special assessment fee was also ordered.

**Special Conditions:**

1. Drug testing and/or treatment
2. Orientation and life skills

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** January 04, 2005

**Assistant U.S. Attorney:** John Murphy        **Defense Attorney:** Marion B. Farmer

---

### PETITIONING THE COURT

[ X ] To order the appearance of the defendant as noted below:

For the appearance of Dorian Francis before the Honorable Louis Moore, Jr., United States Magistrate Judge on March 15, 2006 at 2:00POM for an Initial Appearance Hearing and before this court on May 3, 2006, at 2:00PM, for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

Dorian Francis is currently in federal custody in the St. Tammany Parish Prison.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Mandatory Condition | On February 1, 2005, Dorian Francis pled guilty to conspiracy to commit bank robbery. Sentencing has been scheduled for May 10, 2006, in the Eastern District of Louisiana under Docket No. 053L 2:05CR00225-001. |

**CUSTODIAL STATUS:**

Dorian Francis is presently in Federal custody in the St. Tammany Parish Prison.

Executed on: March 10, 2006

_Cornell J. Manuel /s/tw_
Cornell J. Manuel
U.S. Probation Officer

GOVERNMENT EXHIBIT A

REVIEWED BY:

*Stephanie H. Williams* (signature)

Stephanie H. Williams
Supervising U. S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] To order the appearance of the defendant in federal court

*Martin C. Feldman* (signature)

Signature of Judicial Officer

3·13·06

Date

Address of Offender:   Unknown (Detained)

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING <u>ONLY</u>:
    Original            - Clerk's Office
    1 Copy Certified    - U.S. Attorney
    1 Copy Certified    - U.S. Marshal's Office
    2 Copies Certified  - U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING