

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. 00-218 |
| v. | * | SECTION: "F" |
| **DORIAN FRANCIS** | * | |

\* \* \*

### O R D E R

Considering the foregoing Rule to Revoke Supervised Release;

IT IS HEREBY ORDERED that defendant DORIAN FRANCIS show cause before the Court, on the 3rd day of May, 2006, at 2:00 p.m. why supervised release granted to him on January 4, 2005 should not be revoked.

New Orleans, Louisiana, this 20th day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep_____
___ Doc. No_____
```