UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CRIMINAL ACTION

VERSUS                                  NO. 00-218

DORIAN FRANCIS                          SECTION "F

### JUDGMENT AND ORDER REVOKING SUPERVISED RELEASE

On May 3, 2006, the defendant, Dorian Francis, appeared in Court with his counsel, on a Rule to Show Cause Why His Supervised Release Should Not be Revoked for violation of the terms of his supervised release which were imposed by this Court on March 21, 2001.

After hearing the arguments of counsel, the Court finds that the defendant has violated the terms of his supervised release and orders that the terms of Supervised Release dated March 21, 2001, is hereby RECALLED, REVOKED AND SET ASIDE; accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 18 months as to of Count 1 and 12 months as to Count 10, to run concurrently.

IT IS FURTHER ORDERED that the defendant is hereby remanded to the Custody of the U. S. Marshal and that the Clerk deliver a

certified copy of this Judgment and Commitment to the U. S. Marshal or other qualified officer and that same shall serve as the commitment herein.

    New Orleans, Louisiana, this __4th__ day of May, 2006.

                                              _____
                                              UNITED STATES DISTRICT JUDGE