UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-218 |
| DORIAN FRANCIS | SECTION "F" |

MAY 3, 2006

CT. DEP. S HILL
CT. REP. T TUSA

GOVT ATTY: JOHN MURPHY
DEFT ATTY: VINCENT MICELI, JR.

HEARING ON RULE TO REVOKE SUPERVISED RELEASE:

THE DEFENDANT'S TERMS OF SUPERVISED RELEASE IMPOSED ON MARCH 21, 2001 ARE REVOKED.

THE DEFENDANT IS SENTENCED TO THE CUSTODY OF THE BUREAU OF PRISON FOR A TERM OF 18 MONTHS AS TO COUNT 1 AND 12 MONTHS AT TO COUNT 10, WITH SUCH TERMS TO RUN CONCURRENT.

DEFENDANT IS REMANDED TO CUSTODY

COURT ADJORNED

JS 10 : . 10 MINUTES

___Fee___
___Process___
X  Dktd
___CtRmDep___
Doc.No.___